**Eugene John KINDERMAN, Appellant, v. UNITED STATES of America, Appellee.**

No. 10478.

Circuit Court of Appeals, Fifth Circuit.

March 23, 1943.

Bernard A. Golding, of Houston, Tex., for appellant.

William R. Eckhardt, III, Asst. U. S. Attorney, of Houston, Tex., for appellee.

Before SIBLEY, HOLMES, and Mc-CORD, Circuit Judges.

PER CURIAM.

On the authority of Fletcher v. United States, 5 Cir., 129 F.2d 262, as well as Rase v. United States, 6 Cir., 129 F.2d 204, the judgment is affirmed.